UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

---

In re:                                                Case No. 09-50536 AHWS
ELECTRO ENERGY, INC.
                                                      (CHAPTER 7)
DIVERSIFIED, MCG

            Debtor(s).

---

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED:  September 29, 2015

RONALD I. CHORCHES, Trustee
449 SILAS DEANE HIGHWAY
WETHERSFIELD, CT 06109
(860) 563-3955

**EXHIBIT A**

Case Name: ELECTRO ENERGY, INC.
Case Number: 09-50536

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| ONE COMMUNICATIONS<br>Attn: Mary Jane Shaw, 528 Washington Avenue<br>North Haven, CT 06473 | 14 | $833.81 | | $833.81 |
| M B H SALES & SERVICE<br>Attn: Pres, GP or Mang Membr, 15 TAYLOR AVENUE<br>BETHEL, CT 06801 | 17 | $3,000.50 | | $3,000.50 |
| BROADRIDGE<br>P.O. BOX 23487<br>NEWARK, NJ 07189 | 21 | $5,882.73 | | $5,882.73 |
| EZONLINE DOCUMENTS, llc<br>Attn: Pres, GP or Mang Membr, 10 HILLSIDE AVENUE<br>MADISON, NJ 07940 | 24 | $1,200.00 | | $1,200.00 |
| ONE COMMUNICATIONS<br>Attn: Mary Jane Shaw, 528 Washington Avenue<br>North Haven, CT 06473 | 14I | $32.33 | | $18.69 |
| M B H SALES & SERVICE<br>Attn: Pres, GP or Mang Membr, 15 TAYLOR AVENUE<br>BETHEL, CT 06801 | 17I | $116.32 | | $67.26 |
| BROADRIDGE<br>P.O. BOX 23487<br>NEWARK, NJ 07189 | 21I | $228.06 | | $131.87 |
| EZONLINE DOCUMENTS, llc<br>Attn: Pres, GP or Mang Membr, 10 HILLSIDE AVENUE<br>MADISON, NJ 07940 | 24I | $46.52 | | $26.90 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 0.00 | $ 11,161.76 |